

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00160-CV

**ROBERT B. JAMES, DDS, INC.**; Robert B. James, DDS, Individually; Jean James, Individually; and Alexis Mei Pyles, Individually,
Appellants

v.

Cassandra J. **ELKINS**, DDS,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI19860
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with the per curiam opinion issued on this date, we grant Pyles's motion to dismiss her appeal. Accordingly, without withdrawing this court's previously-issued opinion, we withdraw this court's judgment of May 30, 2018 in this appeal and render judgment as follows:

The trial court's order denying the James Defendants' Partial Motion to Dismiss under the Texas Citizens' Participation Act is REVERSED IN PART. We RENDER an order dismissing Cassandra J. Elkins, DDS's claims against appellants Robert B. James, DDS and Robert B. James, DDS, Inc., for business disparagement and intentional infliction of emotional distress to the extent those claims involve any statements Robert B. James, DDS made to the San Antonio Police Department. We further RENDER an order dismissing Cassandra J. Elkins, DDS's claims against appellants Jean James and Robert B. James, DDS, Inc. for defamation, business disparagement, and intentional infliction of emotional distress to the extent those claims involve any statements Jean James made to the San Antonio Police Department. We further RENDER an order dismissing Cassandra J. Elkins, DDS's claims against Robert B. James, DDS, Inc., for defamation, business disparagement, intentional infliction of emotional distress, and civil conspiracy, to the extent those claims involve any statements Alexis Mei Pyles made to the San Antonio Police Department. The trial court's order denying the James Defendants' Partial Motion to Dismiss under the Texas Citizens' Participation Act is AFFIRMED in all other respects.

Pyles's appeal from the trial court's order denying her "Anti-SLAPP" Motion to Dismiss Plaintiff's Claims Pursuant to Chapter 27 of the Texas Civil Practice & Remedies Code is DISMISSED.

As to the claims on which we render a dismissal, with the exception of Elkins's claims against Pyles, we REMAND this case for a determination of costs and attorney's fees under TEX. CIV. PRAC. & REM. CODE § 27.009.

Costs of this appeal are taxed against the party incurring the same. *See* TEX. R. APP. P. 43.4.

SIGNED July 25, 2018.

_____
Irene Rios, Justice